UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-22816 |
| Terrance Sutton | ) | |
| Carmise Sutton | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtors to Modify the Plan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtors' default is deferred to the end of the plan.

2. The Debtors' plan payment is increased to $900.00 per month.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  September 26, 2018

**Prepared by:**

Christopher Turnbull
Attorney for Debtor(s)
Law Office Of Jason Blust
211 W. Wacker Dr., Suite 300
Chicago, IL 60606
(312) 273-5001