**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** Terrance Sutton ) | |
| Carmise Sutton ) | **Case No:** 15 B 22816 |
| ) | **Judge:** Schmetterer |
| ) | **Chapter** 13 |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Thomas Vaughn, 55 E. Monroe Street, Ste. 3850, Chicago, IL 60603
**and served upon the following parties via U.S. Mail:**
**Debtor**: Terrance Sutton and Carmise Sutton, 3 Hickory Trace Dr, B25 Apt#208, Justice, IL 60458
**See Attached Service List**

PLEASE TAKE NOTICE that on May 1, 2019 at 10:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Schmetterrer, or any other Bankruptcy Judge presiding in his place in Courtroom 682 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before April 10, 2019.

_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-22816<br>Northern District of Illinois<br>Eastern Division<br>Wed Apr 10 17:13:42 CDT 2019 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | NAVIENT SOLUTIONS,LLC ON BEHALF OF DEPT OF E<br>PO BOX 9635<br>WILKES BARRE, PA 18773-9635 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (p)QCHI<br>PO BOX 14948<br>LENEXA KS 66285-4948 | ACL laboratories<br>PO Box 27901<br>Milwaukee, WI 53227-0901 |
| ACS/Eastwest BK<br>501 Bleecker St.<br>Utica, NY 13501-2401 | ACS/NELNET<br>501 Bleecker St.<br>Utica, NY 13501-2401 | ACS/US BANK<br>501 Bleecker St.<br>Utica, NY 13501-2401 |
| AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | ATG Credit, LLC<br>PO BOX 14895<br>Chicago, IL 60614-8542 | Ability Recovery Services<br>PO BOX 4031<br>Wyoming, PA 18644-0031 |
| Acl, Inc<br>8901 W Lincoln Ave<br>Milwaukee, WI 53227-2409 | Advocate Medical Group<br>James T Gately, Attorney at Law<br>8233 W 185th Street<br>Tinley Park, IL 60487-9220 | Aegis Ambulatory Anes<br>PO BOX 903<br>DeKalb, IL 60115-0903 |
| (p)DANA SCALIONE<br>ATTN GOLDEN GREEN SERVICES<br>255 E DANIA BEACH BLVD STE 220<br>DANIA BEACH FL 33004-3094 | Americollect<br>PO BOX 1566814<br>Manitowoc, WI 54221 | Athletico<br>709 Enterprise Dr.<br>Oak Brook, IL 60523-8814 |
| Barbara Sutton<br>9209 S. Cottage Grove<br>Chicago, IL 60619-7753 | Brandon S. Lefkowitz<br>24100 Southfield Road<br>Suite 203<br>Southfield, MI 48075<br>Southfield, MI 48075-2851 | CCL Integrated Imaging Consultants<br>PO BOX 95040<br>Chicago, IL 60694-5040 |
| CMI<br>4200 International Pkwy<br>Carrollton, TX 75007-1930 | City Of Chicago Department of Revenue<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste 600<br>Chicago, IL 60604-3517 | City of Chicago<br>Dept of Finance<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| Contract Callers Inc<br>PO Box 212489<br>Augusta, GA 30917-2489 | Cook County Health<br>25706 Network Place<br>Chicago, IL 60673-1257 | Cook County Health and Hospital<br>PO BOX 70121<br>Chicago, IL 60673-0121 |
| Cook County Magistrate/Chicago<br>50 W. Washington<br>RM 1001<br>Chicago, IL 60602-1316 | Credit Management LP<br>4200 International Pwy<br>Carrollton, TX 75007-1912 | CreditBox.com, L.L.C.<br>P.O. Box 168<br>Des Plaines, IL 60016-0003 |

| | | |
|---|---|---|
| Department of Education<br>PO BOX 9635<br>Wilkes Barre, PA 18773-9635 | Dept of Ed/Navient<br>PO BOX 9635<br>Wilkes Barre, PA 18773-9635 | Diversified Consultants Inc<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-2805 |
| Emergency Room Care Providers<br>Dept 4034 PO 3065<br>Oak Brook, IL 60522 | Enhanced Recovery Compan<br>PO BOX 57547<br>Jacksonville, FL 32241-7547 | Enhanced Recovery Corp<br>PO BOX 57547<br>Jacksonville, FL 32241-7547 |
| Enhanced Recovery Corporation<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | GI Associates<br>10500 S. Cicero<br>Oak Lawn, IL 60453-5205 | Harvard Collection Services Inc<br>4839 N Elston Ave<br>Chicago, IL 60630-2589 |
| IC System Inc<br>444 Highway 96 E<br>PO Box 64887<br>Saint Paul, MN 55164-0887 | ICS Collection Service<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0291 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MB Financial<br>6111 N. River Rd.<br>Des Plaines, IL 60018-5111 | Malcolm S. Gerald & Associates Inc<br>332 S Michigan Ave<br>Suite 600<br>Chicago, IL 60604-4318 |
| Mercy Hospital<br>2525 South Michigan<br>Chicago, IL 60616-2332 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>Po Box 9635<br>Wilkes-Barre PA. 18773-9635 | Nelnet Education Funding Trust<br>On behalf of MHEAC d/b/a ASA<br>c/o Keith Coburn<br>100 Cambridge Street, Suite 1600<br>Boston, MA 02114-2518 |
| Overland Bond<br>4701 W. Fullerton Ave<br>Chicago, IL 60639-1899 | Palisades Collection LLC<br>PO Box 1244<br>Englewood Cliffs, NJ 07632-0244 | Peoples Energy<br>200 E Randolph<br>Chicago, IL 60601-6302 |
| Peoples Gas Light & Coke Co<br>200 E. Randolph DR<br>Chicago, IL 60601-6433 | Regional Acceptance Corp<br>1424E East Fire Tower Rd.<br>Greenville, NC 27858 | Regional Acceptance Corporation<br>Bankruptcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| SLM Financial Corp<br>11100 USA Pkwy<br>Fishers, IN 46037-9203 | Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Stellar Recovery<br>1327 Highway 2W Suite 100<br>Kalispell, MT 59901 | White Pine Lending<br>7836 Danish Pointe Pl.<br>Salt Lake City, UT 84121-5781 | Carmise L Sutton<br>3 Hickory Trace Dr<br>B25 Apt 208<br>Justice, IL 60458 |

```
Jason Blust                            Patrick S Layng                          Terrance L Sutton
Law Office of Jason Blust, LLC         Office of the U.S. Trustee, Region 11    7057 S. Yale Ave.
211 W. Wacker Drive                    219 S Dearborn St                        3rd Floor
Ste. 300                               Room 873                                 Chicago, IL 60621-3633
Chicago, IL 60606-1390                 Chicago, IL 60604-2027


Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
1st Loans                              All Credit Lenders                       Internal Revenue Service
1916 E. 95th St.                       PO BOX 5598                              P.O. Box 21126
Chicago, IL 60617                      Elgin, IL 60121                          Philadelphia, PA 19114


Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Educational Credit Management Corporation    End of Label Matrix
P.O. Box 16408                                  Mailable recipients    63
St. Paul, MN 55116-0408                         Bypassed recipients     1
                                                Total                  64
```

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**IN RE: Terrance Sutton** )
      **Carmise Sutton** )   **Case No: 15 B 22816**
       )   **Judge:   Schmetterer**
       )   **Chapter  13**
    **Debtor** )

## MOTION TO MODIFY PLAN

Now comes Terrance Sutton and Carmise Sutton (hereinafter referred to as "Debtor"), by and through their attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1.    On July 1, 2015, the Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.    This Honorable Court confirmed the Debtors' Chapter 13 plan on August 26, 2015. The confirmed plan called for payments of $820.00 for 60 months, paying unsecured creditors 6% on their claims.

3.    The Debtors' plan term is currently running over 60 months due to a priority claim filed by the Internal Revenue Service. The plan will complete within 60 months if the Debtor's plan payment is increased to $1150.00 per month. The Debtors believe they can afford the $1150.00 per month payment since their household expenses have decreased. Please see Exhibit A for Debtors' I and J schedules.

4.    In order to resolve this issue, the debtors respectfully request to increase their plan payment to $1150.00 per month for the remainder of their term.

      5.      If the Debtors' plan payment is increased to $1150.00, the unsecured creditors will still receive 6% on their claims, and the plan will complete within 60 months.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Increasing their current plan payment to $1150.00; and
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001